IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10197
Conference Calendar

_____

ORTIZ RICARDO TAYVIES,

                                        Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; UTMB GALVESTON;
ROBERT BROCK; No First Name DOMINQUEZ;
No First Name BLAIR, Nurse,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CV-858-A
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Ortiz Ricardo Tayvies, Texas prisoner # 313169, appeals the

dismissal of his 42 U.S.C. § 1983 complaint for failure to comply

with a court order; nevertheless, Tayvies has failed to brief any

issues related to the district court's order.  Although this

court construes pro se pleadings liberally, pro se litigants must

abide by the Federal Rules of Appellate Procedure.  See United

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>States v. Wilkes</u>, 20 F.3d 651, 653 (5th Cir. 1994).  The Rules require that the appellant's argument contain the reasons he deserves the requested relief "with citation to the authorities, statutes, and parts of the record relied on."  FED. R. APP. P. 28(a)(6).  A statement of the applicable standard of review is also required.  <u>Id</u>.

Failure to comply with the court's rules regarding the contents of briefs can be grounds for dismissing a party's appeal.  5TH CIR. R. 42.3.2.  Because Tayvies has failed to brief the only viable issue in this appeal, the appeal has no arguable merit and is therefore frivolous.  Because the appeal is frivolous, it is DISMISSED.  5TH CIR. R. 42.2.

DISMISSED.